UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:22-cv-00148-CJC-ADS | Date | June 8, 2022 |
| Title | Susan Lee v. 10201 Colima LLC et al | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**  (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION

It is a plaintiff's responsibility to prosecute his action diligently and comply with Court orders. The Court's Order Regarding Prosecution of Certain Cases Under the Americans with Disabilities Act states that "a motion for default judgment must be filed within **10 days of the last entry of default**." (Dkt. **9** [hereinafter the "Order"] at 2 [emphasis in original].) The Order further admonishes that "failure to comply with this Order in a particular case will result in a dismissal for lack of prosecution." (*Id.* at 3.)

The Clerk entered default against the only defendant in this case on **May 27, 2022 (Dkt. 15.)** Although more than 10 days have passed since that date, Plaintiff has not filed a motion for default judgment. The Court therefore **DISMISSES** this action for lack of prosecution.

Initials of Deputy Clerk:  rrp